[No. 9000–7–II. Division Two. July 20, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD LEE HORTON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 52629, Arthur W. Verharen, J., entered July 1,

1985. *Reversed* by unpublished opinion per Harris, J. Pro Tem., concurred in by Dolliver and Williams, JJ. Pro Tem.